AUSA Srinivasan

# United States District Court

For the Western District of Texas
Austin Division

**FILED**
March 18, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____Julie Golden_____
DEPUTY

| | |
|---|---|
| United States of America, § | |
| § | |
| v. § | |
| § | Case Number: A-25-M-309 |
| **Jose Martin Maldanado-Flores** § | |
| AKA Jose Martin Flores-Maldonado, § | |
| Jose Maldonado, Jose Flores § | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about **August 17, 2024**, in the county of **Travis,** in the Western District of Texas, the defendant, **Jose Martin Maldanado-Flores**, violated Title 8, United States Code section 1326.

This criminal complaint is based upon the following facts:

On or about **August 17, 2024**, the defendant, an alien, was found in the Travis County jail, Austin, Texas, within the Western District of Texas**.** A deportation officer lodged a detainer after identifying the defendant and subsequent queries identified the defendant as a previously removed alien.

Investigation and records of the Immigration and Customs Enforcement establish that the defendant is an alien who was previously removed from the United States to **Mexico** on or about **November 26, 2017**, and that he unlawfully and illegally reentered the United States without having obtained permission from the Attorney General of the United States or the Secretary for Homeland Security to reapply for admission.

_____
Signature of Complainant (S. Meade)
Deportation Officer
Immigration and Customs Enforcement

Submitted and sworn to electronically and signed by me
pursuant to Fed. R. Crim P. 4.1 and 4(d)

**March 18, 2025**                                    Austin, Texas
_____  at  _____
 Date                                                                         City and State

Mark Lane
United States Magistrate Judge
_____         _____
Name & Title of Judicial Officer                                 Signature of Judicial Officer